STATE OF LOUISIANA

VERSUS

DELANCE SCOTT

NO. 24-KH-76

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

—————————— March 20, 2024 ——————————

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

Susan Buchholz
Chief Deputy Clerk

IN RE DELANCE SCOTT

APPLYING FOR  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE SHAYNA BEEVERS MORVANT, DIVISION "M", NUMBER 07-511

Panel composed of Judges Fredericka Homberg Wicker, Stephen J. Windhorst, and Scott U. Schlegel

**WRIT DENIED IN PART; GRANTED IN PART FOR LIMITED PURPOSE**

In this *pro se* writ application seeking mandamus relief, relator, Delance Scott, contends that the trial court has not ruled on his motion to correct illegal sentence.

The official record shows that relator's motion was filed on May 30, 2023, and the trial court issued an order denying relief on June 2, 2023.  Service of the June 2, 2023 order was directed to relator at "1630 Prison Road, Cottonport, LA 71327."  An invoice from Avoyelles Parish Sheriff's Office states "subject not housed at RLCC per MSGT Dodge."  Relator's motion to correct illegal sentence and the envelope the motion was mailed in shows relator's address to be: Rayburn Corr. Center, 27268 Hwy. 21 North, Angie, LA 70426,[1] which is the same address used by relator in this writ application.  Therefore, there is no indication that relator was served with a copy of the trial court's order.

---

[1] The envelopes for the motion to correct illegal sentence and for this writ application, both bear a stamp from Rayburn Correctional Center.

Because the trial court ruled on relator's motion, his writ of mandamus is denied. Relator's writ application is granted in part for the limited purpose of ordering the Clerk of Court for the 24th Judicial District Court to serve relator with a copy of the trial court's June 2, 2023 order at the address provided by relator, which is:

> Delance Scott, DOC # 542040
> Rayburn Correctional Center
> 27268 Hwy. 21 North
> Angie, LA 70426

Accordingly, this writ application is denied in part, and granted in part for the limited purpose of ordering the aforesaid service.

Gretna, Louisiana, this 20th day of March, 2024.

**SJW**
**FHW**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **03/20/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-76**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Shayna Beevers Morvant (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Delance Scott #542040 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426